UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES DAVENPORT #108715** | **CIVIL ACTION NO. 24-cv-095 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CADDO CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, with no objection having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Complaint [Doc. No. 6] is **DISMISSED** as frivolous and for failing to state a claim for which relief can be granted pursuant to 42 U.S.C. §1983.

**MONROE, LOUISIANA**, this the 13th day of December 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE